UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RODNEY J. MCGRAW,                          Civil No. 3:10-308-HA

        Plaintiff,

                                                                ORDER

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

HAGGERTY, District Judge:

      Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $3,848.34 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 412(d), shall be awarded to plaintiff pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), and delivered via check to plaintiff's counsel, Sara L. Gabin, P.C., at 4500 SW Kruse Way, Suite 100, Lake Oswego, OR 97035. However, if the U.S. Department of the Treasury determines that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's

1- ORDER

Offset Program, then the check for EAJA fees shall be made payable to plaintiff's attorney, Sara L. Gabin, P.C., and delivered via check to Ms. Gabin's office at 4500 SW Kruse Way, Suite 100, Lake Oswego, OR 97035. There are no costs or expenses to be paid herein.

    IT IS SO ORDERED.

    DATED this 6th day of September, 2011.

                                           /s/ Ancer L. Haggerty
                                              Ancer L. Haggerty
                                        United States District Judge

2- ORDER